IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KATHY HUSH,

    Plaintiff,

vs.                                     CASE NO.: 1:07cv255-SPM/AK

THE PANTRY, INC.,

    Defendant.
_____/

## ORDER ENLARGING TIME TO RESPOND TO COMPLAINT

Upon consideration, Defendant The Pantry, Inc.'s Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Complaint (doc. 4) is granted. Defendant shall have up to and including February 5, 2008, to file and serve a response to the complaint.

SO ORDERED this 1st day of February, 2008.

                                                *s/ Stephan P. Mickle*
                                                Stephan P. Mickle
                                                United States District Judge