IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KATHY HUSH,

    Plaintiff,

vs.                                     CASE NO.: 1:07cv255-SPM/AK

THE PANTRY, INC.,

    Defendant.

_____/

**ORDER ENLARGING TIME TO RESPOND TO COMPLAINT**

Upon consideration, Defendant The Pantry, Inc.'s Second Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Complaint (doc. 6) is granted. Defendant shall have up to and including February 12, 2008, to file and serve a response to the complaint.

SO ORDERED this 7th day of February, 2008.

                         *s/ Stephan P. Mickle*
                         Stephan P. Mickle
                         United States District Judge