IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KATHY HUSH,

      Plaintiff,

vs.                                                         CASE NO.: 1:07cv255-SPM/AK

THE PANTRY, INC.,

      Defendant.
_____/

## ORDER OF DISMISSAL

This case has been dismissed without prejudice and with each party to

bear its own fees and costs, pursuant to the parties' Joint Stipulation for

Dismissal Without Prejudice (doc. 16) and Federal Rule of Civil Procedure

41(a)(1)(ii).  Accordingly, the clerk shall close this case.

SO ORDERED this 10th day of April, 2008.


_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge